**WHITNEY P. BOISE, OSB No. 851570**
E-mail: whitney@boisematthews.com
**KENDRA M. MATTHEWS, OSB No. 965672**
E-mail: kendra@boisematthews.com
BOISE MATTHEWS LLP
1400 Sixth+Main
1050 S.W. Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

Attorneys for Defendant Brian Oliver

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN OLIVER,<br><br>    Defendant. | Case No. 3:19-CR-00132-MO<br><br>**PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA** |

The defendant represents to the Court:

1.  My name is Brian Oliver. I am 54 years old. I have gone to school up to and including securing a college degree.

Page 1 -   PETITION TO ENTER PLEA OF GUILTY

2. My attorneys are Whitney P. Boise and Kendra M. Matthews.

3. My attorneys and I have discussed my case fully. I have received a copy of the Information. I have read the Information, or it has been read to me, and I have discussed it with my attorneys. My attorneys have counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are as follows:

**Count 1 of the Information:**

(1) During the time period alleged in the Information, there was an agreement between defendant and at least one other person to commit violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343 (wire fraud);

(2) Defendant became a member of the conspiracy knowing at least one of its objects and intending to help accomplish it; and

(3) Third, some part of the conspiracy took place within the District of Oregon.

The elements of the underlying offenses of 18 U.S.C. §§ 1341 and 1343 were:

(1) Defendant knowingly participated in, devised, or intended to devise a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, promises, or omitted facts. Statements disclosing only part of the truth in an effort to mislead may constitute false or fraudulent representations;

(2) The statements made or facts omitted as part of the scheme were material; that is, they had a natural tendency to influence, or were capable of influencing, a person to part with money or property;

Page 2 -    PETITION TO ENTER PLEA OF GUILTY

(3) Defendant acted with the intent to defraud, that is, the intent to deceive or cheat; and

(4) Defendant or his coconspirators used, or caused to be used, the United States Postal Service, a private or commercial interstate carrier, or interstate wires to carry out or attempt to carry out an essential part of the scheme.

**Count 2 of the Information:**

(1) During the time period alleged in the Information, there was an agreement between two or more persons to commit violations of 18 U.S.C. § 1957; and

(2) Defendant joined the agreement knowing its purpose with the intent to further the illegal purpose.

The elements of the underlying offense of money laundering in violation of 18 U.S.C. § 1957 are:

(1) Defendant knowingly engaged or attempted to engage in a monetary transaction;

(2) Defendant knew the transaction involved criminally derived property;

(3) The property had a value greater than $10,000;

(4) The property was, in fact, derived from the specified unlawful activity alleged in the Information (mail and wire fraud); and

(5) Some part of the transaction occurred in the United States or the special maritime and territorial jurisdiction of the United States.

I have had a full and adequate opportunity to disclose to my attorneys all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorneys.

Page 3 -    PETITION TO ENTER PLEA OF GUILTY

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorneys, my answers could be used against me in a prosecution for perjury or false statement.

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason except as follows: None. I have not taken any drugs or medications within the past seven (7) days except as follows: Blood pressure medications.

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences may include:

    a. Deportation or removal from the United States or denial of naturalization if I am not a United States citizen;

    b. Loss of eligibility to receive federal benefits;

    c. Loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and

    d. Loss of the privilege to engage in certain occupations licensed by the state or federal government.

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

//

Page 4 -   PETITION TO ENTER PLEA OF GUILTY

    a.    The right to a speedy and public trial, which I could choose to have before a jury or a judge. In a trial, I would be presumed to be innocent. I understand that this presumption alone would entitle me to be acquitted unless the government presented evidence that persuaded the trier of fact [either the jury or the judge, if I waived a jury trial and chose to be tried before a judge] of my guilt beyond a reasonable doubt. I also understand that any decision by a jury would have to be unanimous; *i.e.* that all twelve jurors would have to agree on the verdict;

    b.    The right to have the assistance of an attorney at all stages of the proceedings;

    c.    The right to use the power and process of the Court to compel the production of evidence, including the attendance of witnesses in my favor;

    d.    The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

    e.    The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, to have the finder of fact instructed that no inference of guilt may be drawn from this decision; and

    f.    The right not to be compelled to incriminate myself.

8.    I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the Court's jurisdiction.

//

//

Page 5 -   PETITION TO ENTER PLEA OF GUILTY

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

9. In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorneys have explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

> My plea of guilty is under Rule 11(c)(1)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

10. I know the maximum sentence which can be imposed upon me for the crimes to which I am pleading guilty is twenty (20) years' imprisonment and a fine of $250,000 (or, if greater, twice the gross pecuniary gains or losses resulting from the offense) for Count 1; and ten (10) years' imprisonment and a fine of $250,000 (or, if greater, twice the value of the property involved in the transaction) for Count 2. I also know there is no mandatory minimum sentence for either of these crimes.

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one (1) year.

13. My attorneys have discussed with me the Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth

Page 6 -   PETITION TO ENTER PLEA OF GUILTY

in Title 18, United States Code, Section 3553(a), including but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection and rehabilitation) and the sentencing range established by the advisory Guidelines. If my attorneys or any other person has calculated a guideline range for me, I know that this is only a prediction and advisory and that it is the judge who makes the final decision as to what the guideline range is and what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

14. I know from discussion with my attorneys that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one (1) year or less.

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be zero (0) to three (3) years. If I violate the conditions of supervised release, I may be sent back to prison for up to one (1) year.

Page 7 -   PETITION TO ENTER PLEA OF GUILTY

16.     I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

17.     On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

18.     If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this Court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this Court.

//

//

//

Page 8 -     PETITION TO ENTER PLEA OF GUILTY

19. If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

20. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

21. The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

22. My plea of "GUILTY" is not the result of force, threat, or intimidation.

23. I hereby request that the judge accept my plea of "GUILTY" to the following count(s): Counts 1 and 2 of the Information.

//

//

Page 9 -    PETITION TO ENTER PLEA OF GUILTY

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

24.  I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

**Count 1** – Conspiracy to Commit Mail and Wire Fraud in Violation of 18 U.S.C. § 1349:

(1)  On or between June 2014 and February 2016, in the District of Oregon, I entered into an agreement with others to commit violations of 18 U.S.C. § 1341 (mail fraud) and § 1343 (wire fraud).

(2)  As part of this agreement, we solicited individuals to invest in a variety of notes and investment funds through promotional and investment materials that I knew contained material misrepresentations about the uses of investor money, the financial health and strength of the Aequitas companies and the inherent risks of those investments and investment strategies.

(3)  In soliciting these funds from investors, we used the United States Postal Service, private or commercial interstate carriers, and interstate wires.

**Count 2** – Conspiracy to Commit Money Laundering:

(1)  On or between June 2014 and February 2016, in the District of Oregon, I entered into an agreement with others to commit violations of 18 U.S.C. § 1957.

(2)  We committed this crime by agreeing to engage, and did engage, in monetary transactions, including deposits, withdrawals, and transfers, of the proceeds of the illegally obtained investor money described in Count 1 through financial institutions, *i.e.*, banks insured by the FDIC that were used by the Aequitas companies, each transaction having a value of over $10,000.

//

Page 10 -   PETITION TO ENTER PLEA OF GUILTY

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorneys that is attached to this Petition.

SIGNED by me in the presence of my attorneys, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 19th day of April, 2019.

_____
Brian Oliver

Page 11 -   PETITION TO ENTER PLEA OF GUILTY

**BOISE MATTHEWS** LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

## CERTIFICATE OF COUNSEL

The undersigned, as attorneys for defendant Brian Oliver, hereby certify:

1. We have fully explained to the defendant the allegations contained in the Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

2. We have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. We have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and we have also explained to the defendant the applicable Federal Sentencing Guidelines.

4. We recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by us in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 19th day of April, 2019.

*[signature]*
Whitney P. Boise

*[signature]*
Kendra M. Matthews
Attorneys for Defendant

CERTIFICATE OF COUNSEL

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

## ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorneys.

DATED this 19th of April, 2019, in open court.

_____
MICHAEL W. MOSMAN
Judge, United States District Court

ORDER ENTERING PLEA

**BOISE MATTHEWS** LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984